IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERONICA B. SCOTT, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 15-3352 |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**FILED**

MAY 12 2016

MICHAEL E. KUNZ, Clerk
By_____Dep Clerk

## ORDER

**AND NOW**, this 12th day of May 2016, upon consideration of Plaintiff's Request for Review (Doc. No. 9), Defendant's Response (Doc. No. 10), Plaintiff's Reply (Doc. No. 11), the Report and Recommendation of Magistrate Judge Timothy R. Rice (Doc. No. 13), and that the Report and Recommendation has not been objected to by the parties, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 13) is **APPROVED** and **ADOPTED**.

2. Plaintiff's Request for Review (Doc. No. 9) is **GRANTED**.

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.